## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROBIN LAW, PLLC,<br>PULASKI KHERKHER, PLLC,<br>ROBIN RAYNISH, PLLC,<br>MICHAEL K. MITHOFF,<br>JEFFREY ROBIN,<br>ADAM K. PULASKI, and<br>AARON RAYNISH<br><br>*Defendants*. | Case No. 1:23-cv-04274<br><br>Judge LaShonda A. Hunt<br>Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF SETTLEMENT

Plaintiff, Jorge Alejandro Rojas, informs the Court that the parties have reached a settlement in this matter and are in the process of finalizing its documentation and consummation. Plaintiff requests that the Court vacate all deadlines in this case, including the Joint Report deadline of September 21, 2023, and the Initial Status Hearing of October 10, 2023. All Defendants, through counsel, consent to this request. This request is not meant for the purposes of delay and would promote judicial economy while the parties finalize their settlement.

Plaintiff anticipates filing a Notice of Voluntary Dismissal within the next sixty (60) calendar days which would dispose of this case.

Respectfully Submitted,

Dated: September 14, 2023

/s/ *Jorge Alejandro Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

1

2

## **CERTIFICATE OF SERVICE**

  Plaintiff will be e-mailing a copy of this filing to counsel for Defendants, consent to do so which was obtained in writing.

                           */s/ Jorge Alejandro Rojas*