## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jorge Alejandro Rojas

           Plaintiff,

v.                   Case No.: 1:23−cv−04274
                   Honorable LaShonda A. Hunt

Robin Law, PLLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2023:

  MINUTE entry before the Honorable LaShonda A. Hunt: In light of the Notice of Settlement [9], the parties are ordered to file an updated status report on the progress of their settlement by 11/17/23, if no stipulation of dismissal has been filed before that date. The joint status report deadline of 9/21/23 and initial status hearing set for 10/10/23 are stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.