# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> *Plaintiff,* <br><br> vs. <br><br> ROBIN LAW, PLLC, <br> PULASKI KHERKHER, PLLC, <br> ROBIN RAYNISH, PLLC, <br> MICHAEL K. MITHOFF, <br> JEFFREY ROBIN, <br> ADAM K. PULASKI, and <br> AARON RAYNISH <br><br> *Defendants*. | Case No. 1:23-cv-04274 <br><br> Judge LaShonda A. Hunt <br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, as to all Defendants, with prejudice.

Respectfully Submitted,

Dated: November 10, 2023

/s/ *Jorge Alejandro Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff will be e-mailing a copy of this filing to counsel for Defendants, consent to do so which was obtained in writing.

*/s/ Jorge Alejandro Rojas*

1